**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RHONDA R. LEMONS,** )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>**MICHAEL J. ASTRUE,** )<br>Commissioner of Social )<br>Security Administration, )<br>    Defendant. ) | Case No. **08-CV-002-JHP-KEW** |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On December 1, 2010, the United States Magistrate Judge entered a Report and Recommendation (Dkt.# 34). The Magistrate Judge recommended that Plaintiff be awarded attorney fees in the amount of $5,882.00 (Dkt.#s 21 and 24). The Magistrate Judge also recommended that Dkt.# 31 be granted which results in the withdrawal of Dkt.# 27. The defendant has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

The Court, in its review, has been granted power to enter upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Secretary, with or without remanding the case for a rehearing. 42 U.S.C. §405(g). This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on December 1, 2010, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED this 14th day of July 2011.**

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma